**Bruce SWINFORD, Petitioner,**

v.

**DEPARTMENT OF
TRANSPORTATION, Respondent.**

No. 2010–3025.

United States Court of Appeals,
Federal Circuit.

Aug. 2, 2010.

## ON MOTION

## ORDER

Bruce Swinford moves for a 10–day extension of time, until August 6, 2010, to file his reply brief, and for a 10–day extension of time, until August 20, 2010, to file the joint appendix.

Upon consideration thereof,

---

IT IS ORDERED THAT:

The motion is granted.